EILEEN M. DECKER
United States Attorney
DOROTHY A. SCHOUTEN
Assistant United States Attorney
Chief, Civil Division
FRANCESCO P. BENAVIDES, CSBN 258924
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: 415-977-8978
    Facsimile: 415-744-0134
    Email: Francesco.Benavides@ssa.gov
Attorney for Defendant

JS-6

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| MICHELLE EVERETT, | Case No.: 15-cv-7168-JCG |
| Plaintiff, | |
| v. | **JUDGMENT OF REMAND** |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

    The Court, having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) (Stipulation to Remand) and to Entry of Judgment lodged concurrent with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Acting Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

1  DATED: *February 08, 2016*  _____

2  HON. JAY C. GANDHI

3  UNITED STATES MAGISTRATE JUDGE

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28